IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br>**DELGADO TORRES, JORGE ARTURO**<br><br>Debtor(s) | Case No: 04-08957-SEK<br>Judge: SARA de JESUS<br><br>(Chapter 7) **NO ASSET CASE** |
|---|---|

## TRUSTEE'S REPORT OF NO DISTRIBUTION

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned, Trustee of the estate of the above-named debtor, reports that she has neither received any property nor paid any money on account of this estate; that she has made diligent inquiry into the whereabouts of property belonging to the estate; that any non-exempt property and scheduled property not disposed of by previous Order of this Court is burdensome or of inconsequential value to the estate and should be deemed abandoned upon closing of this case pursuant to U.S.C. §554(c); and that there are no assets in the estate over and above the exemptions claimed by the Debtor to which the Trustee has no objection. Scheduled assets not claimed as exempt, if any, are found to be without value to the general creditors of the estate and are abandoned.

Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor has been fully administered.

WHEREFORE, the Trustee prays that this report be approved and that the said estate be closed; that the Trustee be discharged from and relieved of his trust; and that the bond of said Trustee be canceled and the surety or sureties thereon be released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

**DATED:** January 24, 2005

Noreen Wiscovitch-Rentas, Trustee